**FILED**

**APR 2 1 2021**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 21 30050-DWD |
| ) | |
| KRISTA N. BRENNER, ) | Title 21 |
| ) | United States Code, |
| Defendant. ) | Section 843(a)(3) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
**Obtaining a Controlled Substance by Misrepresentation, Fraud, and Deception,**
**21 U.S.C. § 843(a)(3)**

From on or about August 10, 2019 to on or about August 11, 2019, in Madison County, within the Southern District of Illinois,

**KRISTA N. BRENNER,**

defendant herein, did knowingly and intentionally acquire and obtain a mixture or substance containing Hydrocodone, a Schedule II controlled substance, by misrepresentation, fraud, and deception,

all in violation of Title 21, United States Code, Section 843(a)(3).

### COUNT 2
**Obtaining a Controlled Substance by Misrepresentation, Fraud, and Deception,**
**21 U.S.C. § 843(a)(3)**

On or about February 17, 2019, in Madison County, within the Southern District of Illinois,

**KRISTA N. BRENNER,**

defendant herein, did knowingly and intentionally acquire and obtain a mixture or substance containing Hydromorphone, a Schedule II controlled substance, by misrepresentation, fraud, and deception,

all in violation of Title 21, United States Code, Section 843(a)(3).

**A TRUE BILL**

███████████████████████████

*/s/ Peter T. Reed*
PETER T. REED
Assistant United States Attorney

*Digitally signed by STEVEN WEINHOEFT*
*Date: 2021.04.19 17:34:20 -05'00'*
STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: $5,000 unsecured